UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
|  | ) | 2007 DEC 17 AM 9:54 |
| Plaintiff, | ) | **07 MJ 29 17** |
|  | ) | SOUTHERN DISTRICT OF CALIFORNIA |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
|  | ) | DEPUTY |
| Victor VALLIN-Jauregui, | ) | Title 8, U.S.C., Section 1326 |
|  | ) | Deported Alien Found in the |
|  | ) | United States |
| Defendant | ) |  |

The undersigned complainant, being duly sworn, states:

On or about **December 15, 2007.** within the Southern District of California, defendant, **Victor VALLIN-Jauregui,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **DECEMBER 2007.**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Victor VALLIN-Juaregui**

## PROBABLE CAUSE STATEMENT

On December 15, 2007, Border Patrol Agent J. Garcia was assigned to line watch operations in the State Route 94 Border Patrol Checkpoint's area of responsibility. At approximately 5:30 p.m., Agent Garcia responded to a scope observation of a group of possible undocumented aliens near Airport Road and State Route 188. This area is approximately one mile north of the Port of Entry at Tecate, California. This area is notorious for undocumented aliens attempting to further their illegal entry into the United States.

Upon arriving in the area, Agent Garcia observed thirteen individuals attempting to conceal themselves in some high brush east of SR 188. Agent Garcia approached the subjects, including one later identified as the defendant **Victor VILLIN-Jauregui** and identified himself as a United States Border Patrol Agent in both the Spanish and English languages. Agent Garcia then questioned the individuals, including the defendant to determine their citizenship and immigration status. When asked where they were born and of what country they were nationals, the defendant and the other thirteen individuals stated "Mexico." When asked if they possessed any valid United States immigration documents allowing them to enter into or remain within the United States legally, the defendant and the others stated "no." In response to further questioning, the defendant stated "San Diego" when asked where he was attempting to travel to. It was at this time that Agent Garcia arrested the defendant and the others and had the individuals transported to the Brown Field Border Patrol Station.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on February 10, 2007,** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico. The defendant further admitted that he had been previously deported from the United States. The defendant also stated that he has never applied or requested permission to re-enter the United States legally.


Terri L. Dimolios
Senior Patrol Agent


William McCurine Jr.
U.S. Magistrate Judge

12/17/07     0941hrs
Date/Time